# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-3885

———————————————

PATRICK GANSERT,

    Appellant/Cross-Appellee,

    v.

CITY OF LARGO/ JOHNS EASTERN
COMPANY, INC.,

    Appellees/Cross-Appellants.

———————————————

On appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: October 26, 2007.

January 25, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth B. Schwartz of Kenneth B. Schwartz, P.A., Boca Raton, for Appellant/Cross-Appellee.

H. George Kagan, Gulf Stream, for Appellees/Cross-Appellants.